■ HARRIETTE STECKLER v. ROY P. STECKLER.— Motion for a stay denied. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ PHILIP L. KELSER et al. v. SACRAMENTO TELECASTERS, INC.— Motion to dismiss appeal granted unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Motion to dispense with printing granted only to the extent of requiring appellant to print so much of the depositions as were excerpted or attached to the motion papers by either side, without addition. The complete depositions are to be handed up on the argument or submission of the appeal, and the motion is otherwise denied. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ AMERICAN TRUST COMPANY v. RECONSTRUCTION FINANCE CORPORATION. — Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before December 4, 1962, with notice of argument for the January 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ KENNETH TSUNODA v. ELEANORE A. TSUNODA.— Motion for a stay denied. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ DEWDROP RAINWEAR CO., INC., v. LINDY RAINWEAR CO., INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ ROBERT GRENE v. ROBERT H. BAILEY et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before November 8, 1962, with notice of argument for November 20, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ In the Matter of DANIEL F. O'BRIEN et al. v. THEODORE H. LANG.— Motion granted only insofar as to permit movants to file a brief *amicus curiæ* on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ JANE KWAN v. ZALE L. KESSLER.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon the original record, without printing the same, but upon printed appellant's points. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ MICHAEL MORAN v. ABERCROMBIE & FITCH COMPANY.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before October 26, 1962, with notice of argument for the November 1962 Term, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before November 12, 1962. Reply points, if any, are to be served and filed on or before November 19, 1962. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.